DECIDED MAY 25, 2016 —
RECONSIDERATION DENIED JUNE 9, 2016.

*Burgar & Michael, Marko L. Burgar, James D. Michael*, for appellant.

*Leigh E. Patterson, District Attorney, Mary Beth Gregoire, Assistant District Attorney*, for appellee.

A15A0223. FUCIARELLI v. McKINNEY et al.
(787 SE2d 317)

ELLINGTON, Presiding Judge.

In *McKinney v. Fuciarelli*, 298 Ga. 873 (785 SE2d 861) (2016) the Supreme Court of Georgia reversed Division 2 of our opinion in *Fuciarelli v. McKinney*, 333 Ga. App. 577 (773 SE2d 852) (2015), holding that the Georgia Taxpayer Protection Against False Claims Act, OCGA § 23-3-120 et seq., requires the Attorney General to approve taxpayer retaliation claims brought under subsection (l) of the Act. Accordingly, we vacate Division 2 of our opinion and adopt the opinion of our Supreme Court as our own in place of that division.

*Judgment affirmed. Barnes, P. J., Phipps, P. J., Dillard, McFadden, Ray and McMillian, JJ., concur.*

DECIDED JUNE 9, 2016.

*Hornsby Law Group, D. Brandon Hornsby, Graham R. Scofield*, for appellant.

*Samuel S. Olens, Attorney General, Annette M. Cowart, Christopher A. McGraw, Senior Assistant Attorneys General*, for appellees.